MAHONEY v. HOFFMAN. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Actions by Dennis Mahoney against Adam Hoffman, by the N. W. Ryan Company against Herman Raub, by John Andre against the Club Building Company, by Ferdinand D. Ciprice against the Manhattan Office Company, by William Eddington against the Union Railroad Company, by Jacob H.

Greenberg against Harris Ratner, by John T. Ferrall against Antonio Rendina, and by Charles Bjorkegren against Leonard G. Kirk. No opinions. Applications for leave to appeal to Appellate Division denied, with $10 costs in each case. Orders signed.